IN THE CIRCUIT COURT IN AND FOR THE FOURTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR DUVAL COUNTY
CIVIL DIVISION

DELLA COX,

       Plaintiff,

                                    Case No.:

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

       Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, Della Cox (hereinafter referred to as the "Plaintiff"), by and through the undersigned counsel, hereby sues the Defendant, GeoVera Specialty Insurance Company (hereinafter referred to as the "Defendant"), and alleges:

### General Allegations

1. This is an action for damages which exceed $30,000.

2. At all times material hereto, Plaintiff was and is the owner of the property located at 7207 Mayapple Rd, Jacksonville, FL 32211 (the "Subject Property").

3. Plaintiff purchased or renewed a policy of homeowner's insurance from the Defendant, policy number GH50056237, a copy of which is attached as Exhibit A.

4. Plaintiff has paid all premiums on said policy.

5. On or about April 20, 2020, Plaintiff incurred damage to the Subject Property as the result of a water loss.

6. The damage to the Subject Property is a covered peril under the policy.

7. Plaintiff made an application for benefits to Defendant under the said policy and the

Defendant assigned claim number 2024220660 to the loss.

8. Although the Defendant made an initial investigation into the loss, the Defendant has failed and refused to pay all benefits to which the Plaintiff is entitled.

9. As of the filing of this lawsuit, the Defendant has failed and refused to make payment to Plaintiff for the full amount of the damages from this loss.

10. The Defendant has breached the policy of insurance by failing or refusing to pay all benefits to which the Plaintiff is entitled.

11. Plaintiff has complied with all conditions precedent to bring this action; alternatively, the Defendant has waived the performance of any conditions precedent.

12. Plaintiff is entitled to the full cost of repairs to the Subject Property including, but not limited to, full restoration of all damage caused by the covered peril, structural repairs, cosmetic repairs, monies for additional living expenses/lost business income, and any other benefits available under the said policy, prejudgment interest, attorney's fees, and the costs of this litigation.

13. As a result of the action and/or inaction of the Defendant, Plaintiff has had to retain the undersigned attorney and is obligated to pay him a reasonable fee for his services. Plaintiff Plaintiff is entitled to attorney's fees pursuant to Section 627.428, Florida Statutes.

WHEREFORE, Plaintiff demands judgment against the Defendant for:

A. Any and all damages including the full cost of repair or replacement of the damage caused to the Subject Property;

B. Pre-judgment interest;

C. Attorney's fees and costs; and

D. Any and all such other relief as may be appropriate under the circumstances.

**Demand for Jury Trial**

Plaintiff demands a trial by jury on all issues so triable as a matter of law.

WILLIAMS LAW P.A.

*/s/ Kyle Staggs*
_____
Kyle B. Staggs, Esq.
1715 West Cleveland Street
Tampa, Florida 33606
Pleadings@williamspa.com
Eservice@williamspa.com
Kyle@williamspa.com
TELEPHONE: (813) 288-4999
FACSIMILE: (813) 288-4944
F.B.N.: 125472
Attorney for the Plaintiff