UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELLA COX,

      Plaintiff,

v.                               Case No. 3:21-cv-211-BJD-MCR

GEOVERA SPECIALTY
INSURANCE COMPANY,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. On January 12, 2022,

Plaintiff filed a notice of voluntary dismissal. (Doc. 14; Notice). Because the

Notice was only signed by Plaintiff's counsel and Defendant had already filed

an answer, the Court construed the Notice as a motion to dismiss pursuant to

Federal Rule of Civil Procedure 41. (Doc. 15). The Court required any

objection to dismissal to be filed on or before February 9, 2022. Id. To date,

Defendant has not objected to dismissal.

      Accordingly, after due consideration, it is

**ORDERED:**

This case is **DISMISSED with prejudice.** The Clerk of the Court

shall terminate any pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this  13th  day of May,

2022.

BRIAN J. DAVIS
United States District Judge


2
Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -